# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MELISSA DANIELLE SINCLAIR                      NO.  2021 CW 0655

VERSUS

SETH D. SINCLAIR                               **JULY 30, 2021**

---

In Re:     Seth D. Sinclair, applying for supervisory writs, Family Court in and for the Parish of East Baton Rouge, No. 210952.

---

**BEFORE:   THERIOT, HOLDRIDGE, AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.**   This writ application is untimely. Relator's notice of intent was filed on May 6, 2021, more than thirty days after the trial court signed a judgment on January 6, 2021 denying relator's motion to homologate and granting plaintiff's motion for partial judgment on the pleadings. Although relator filed a motion for new trial following entry of the January 6, 2021 interlocutory judgment, a motion for new trial pertains only to final judgments and was procedurally improper.   Most significantly, the filing of a motion for new trial seeking reconsideration of an interlocutory judgment cannot interrupt the thirty-day period for filing an application for supervisory writs established by Rule 4-3 of the Uniform Rules of Louisiana Courts of Appeal. Finally, we note that relator does not seek review of the denial of the motion for new trial. **Carter v. Rhea**, 2001-0234 (La. App. 4th Cir. 4/25/01), 785 So.2d 1022, 1025.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT